IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NARDA J. CHRASTIL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3134 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 15).  For good cause shown,

IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until December 24, 2008, to respond to plaintiff's brief.

DATED this 25th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court